## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES STEEL CORPORATION**, <br><br> Plaintiff, <br><br> and <br><br> **MAVERICK TUBE CORPORATION, BOOMERANG TUBE LLC, ENERGEX TUBE (A DIVISION OF JMC STEEL GROUP), TEJAS TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.**, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> **UNITED STATES and UNITED STATES INTERNATIONAL TRADE COMMISSION**, <br><br> Defendants, <br><br> and <br><br> **BOLY PIPE CO., LTD. and HLD CLARK PIPE CO., INC.**, <br><br> Defendant-Intervenors. | **Before: Timothy C. Stanceu, Chief Judge** <br><br> **Court No. 14-00237** |

## <u>ORDER</u>

Upon consideration of the Partial Consent Motion to Consolidate and Stay Further Proceedings (Dec. 19, 2014), ECF No. 34 ("Motion to Stay and Consolidate"), filed by the United States Steel Corp., the court having reviewed all pleadings and papers filed herein, it is hereby

**ORDERED** that the Motion to Stay and Consolidate, be, and hereby is, granted; it is further

**Court No. 14-00237**                                                                                      **Page 2**


       **ORDERED** that Maverick Tube Corp. v. United States (Ct. No. 14-00239) be, and hereby is, consolidated under lead case United States Steel Corp. v. United States (Ct. No. 14-00237); it is further

       **ORDERED** that the consolidated case United States Steel Corp. v. United States (Consol. Ct. No. 14-00237) be, and hereby is, stayed through the date that is 30 days from the date of the final resolution of Boomerang Tube LLC v. United States (Consol. Ct. No. 14-00196); and it is further

       **ORDERED** that the Consent Motion to Stay the Deadline for Filing a Joint Status Report and Proposed Briefing Schedule (Jan. 14, 2015), ECF No. 35, filed by United States Steel Corp., be, and hereby is, denied as moot.

/s/Timothy C. Stanceu
Timothy C. Stanceu
Chief Judge

Dated: January 16, 2015
       New York, NY